IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 14-00115-dd |
| | ) | |
| Geoffrey H. Bangert | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

ORDER

This matter came before the Court on the motion filed Wexford Plantation Homeowners Association, Inc. (the "Creditor") for relief from the 11 U.S.C. §362 automatic stay pursuant to 11 U.S.C. §362(d)(1) and (2).

The Court finds that no responsive pleadings were filed, and the parties named in the Affidavit of Service filed herein are in default.

NOW, THEREFORE, IT IS ORDERED that the motion to modify the 11 U.S.C. §362 automatic stay pursuant to 11 U.S.C. §362(d)(1) and (2) filed by the Creditor is granted, and that the stay is modified to permit the foreclosure sale of Debtor's property located at 1 Wexford Drive, Hilton Head Island, South Carolina ordered in *Wexford Plantation Homeowners Association, Inc. v. Geoffrey H. Bangert, et al.* (Case No. 2013-CP-07-1598 in the Court of Common Pleas for the Fourteenth Circuit, County of Beaufort, State of South Carolina) to proceed. The Creditor agrees that any funds realized from the sale of the collateral, in excess of all liens, costs, and expenses, will be paid to the Trustee.

**FILED BY THE COURT**
**08/01/2014**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 08/04/2014